**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ANTHONY J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CV-0977-KMT |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

PLEASE BE ADVISED that Plaintiff Anthony J. Smith, and Defendant BNSF Railway Company have reached a settlement in this matter. Plaintiff is in the process of executing all settlement documents which will then be forwarded to BNSF Railway Company for the settlement funds to be issued. Plaintiff will file the necessary pleading(s) to dismiss this case with prejudice immediately upon receipt of the settlement funds which Plaintiff reasonably believes should be accomplished within thirty (30) to forty-five (45) days.

Respectfully submitted on this 2nd day of March, 2020.

CHOD LAW, LLC

/s/ *Jeffrey E. Chod*
Jeffrey E. Chod
CHOD LAW, LLC
P.O. Box 17727
Denver, CO 80217-7727
Phone: (314) 541-5862
Fax: (719) 470-2244
jchod@chodlawfirm.com

**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of March 2020 the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chad M. Knight
Caleena S. Braig
Nadia H. Patrick
Knight Nicastro Mackay, LLC
929 Pearl Street, Suite 350
Boulder, CO 80303

**Attorneys for BNSF Railway Company**

/s/ *Jeffrey E. Chod*